Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorney for Plaintiffs Michie, et al., and the Proposed Classes*

Jason "Jay" Barnes (*pro hac vice*)
jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLP**
12 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Attorney for Plaintiffs Michie, et al., and the Proposed Classes*

Christian Levis (*pro hac vice* forthcoming)
clevis@lowey.com
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035

*Attorney for Plaintiff Turner, and the Proposed Class*

Philip L. Fraietta (State Bar No. 354768)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
pfraietta@bursor.com

*Attorney for Plaintiffs Hernandez-Mendoza, et al., and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

DOUG MICHIE and JUSTIN DYER, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

TheTradeDesk, Inc., *a corporation organized under the laws of the State of Delaware*,

Defendant.

Case No. 3:25-cv-2889 (CRB)

**[~~PROPOSED~~] ORDER REGARDING MOTION FOR APPOINTMENT OF INTERIM COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)**

**This case relates to:**

JORGE HERNANDEZ-MENDOZA, STACY PENNING, LAURA BONETTI, TANISHA DANTIGNAC, JESSICA JU, and ROBERT MASON, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

The Trade Desk, Inc.,

Defendant.

Case No. 3:25-cv-2923 (CRB)

**This case relates to:**

JENNIFER TURNER, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

The Trade Desk, Inc.,

Defendant.

Case No. 3:25-cv-3136 (CRB)

**[~~PROPOSED~~] ORDER**

Plaintiffs in the above-captioned actions hereby jointly move pursuant to Fed. R. Civ. P. 23(g) for appointment as Interim Counsel: Lieff Cabraser Heimann & Bernstein, LLP as Lead Counsel, with a Plaintiffs' Executive Committee consisting of Simmons Hanly Conroy LLP, Lowey Dannenberg, P.C., and Bursor & Fisher, P.A.

Pursuant to Fed. R. Civ. P. 23(g)(3), the Court may appoint interim counsel to act on behalf of the putative class where, as here, proposed Interim Counsel satisfies all criteria under Rule 23(g). The proposed firms, individually and as a team, possess a wealth of knowledge and experience in prosecuting cutting-edge, complex privacy class actions against some of the largest technology and data collection firms in the country. To best leverage their collective expertise, and with collaborative efficiencies in mind, Interim Counsel propose a leadership structure that will

streamline decision making, while also allowing for valued input and work from each experienced firm.

The motion to appoint Interim Counsel is **GRANTED**. The Court hereby appoints Lieff Cabraser Heimann & Bernstein, LLP as Lead Counsel, with a Plaintiffs' Executive Committee consisting of Simmons Hanly Conroy LLP, Lowey Dannenberg, P.C., and Bursor & Fisher, P.A. Interim Lead Counsel shall:

1. Supervise all proceedings on behalf of the putative Class members;
2. Have sole authority to communicate with counsel for Defendant and the Court on behalf of the putative Class members, unless that authority is expressly delegated to other counsel;
3. Negotiate and enter into stipulations with Defendant's counsel with respect to all matters in this litigation, including discovery, motion practice, and settlement matters. An agreement reached with Interim Lead Counsel shall be binding on other Plaintiffs' counsel in these related actions;
4. Have sole authority over the following matters on behalf of the putative Class members: (a) the initiation, response, scheduling, briefing, and arguing of all motions; (b) the scope, order and conduct of all discovery proceedings; (c) allocation of work assignments to other Plaintiffs' counsel; (d) designation of which attorneys may appear at hearings; (e) the timing and substance of any settlement negotiation with Defendant; and (f) other matters concerning the prosecution of the cases; and
5. Sign all pleadings, motions, briefs, discovery requests, notices, or objections on behalf of all of the putative Class members and represent the putative Class members collectively before the Court, either personally or through counsel whom they designate.

**IT IS SO ORDERED**.

Date: June 18, 2025

Hon. Charles R. Breyer
United States District Judge