Susan Fahringer (SBN 162978)
sfahringer@perkinscoie.com
Nicola Menaldo (*pro hac vice*)
nmenaldo@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8687
Facsimile: (206) 359-9000

Caroline Sundermeyer (SBN 353219)
CSundermeyer@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorneys for Defendant The Trade Desk, Inc.*

Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

[Additional Counsel on Signature Page]

*Attorneys for Plaintiffs and the Proposed
Classes*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re The Trade Desk Inc. Data Privacy Litigation | Case No. 3:25-cv-2889 (CRB) <br><br> **STIPULATION TO INCREASE PAGE LIMITS FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS AND [PROPOSED] ORDER** <br><br> Judge: Hon. Charles R. Breyer |

**<u>STIPULATION</u>**

Pursuant to Civil Local Rule 7-12 and Section I(C) of this Court's General Standing Order, Plaintiffs Doug Michie, Justin Dyer, Jessica Ju, and Jennifer Turner ("Plaintiffs") and Defendant The Trade Desk, Inc. ("Trade Desk") (collectively, "the Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1.    WHEREAS Plaintiffs filed their Consolidated Class Action Complaint ("CCAC") on July 18, 2025. ECF No. 18.

2.    WHEREAS Defendant intends to file a motion to dismiss the CACC, which is due on September 2, 2025. ECF No. 50; *see also* Fed. R. Civ. P. 6(a)(1).

3.    WHEREAS the CCAC is 88 pages long and asserts seven causes of action, for (1) invasion of privacy under the California Constitution; (2) intrusion upon seclusion under California common law; (3) violation of the Federal Wiretap Act; (4) violation of California Invasion of Privacy Act, (5) violation of California's Comprehensive Computer Data Access and Fraud Act; (6) unjust enrichment; and (7) declaratory judgment.

4.    WHEREAS Section I(C) of this Court's General Standing Order sets a 15-page limit for any memorandum of points and authorities in support of or opposition to any motion other than motions for summary judgment.

5.    WHEREAS given the length and complexity of the CCAC, the Parties agree that an additional 10 pages for Defendant's motion to dismiss and 10 pages for Plaintiffs' opposition to the motion to dismiss are necessary for the parties to adequately brief the motion to dismiss. The Parties agree that the page limit for Defendant's reply should remain 15 pages. *See* General Standing Order I(C); N.D. Cal. Civil L.R. 7-4(b).

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that (1) the page limit for the memorandum of points and authorities in support of Defendant's motion to dismiss is 25 pages, (2) the page limit for the memorandum of points and authorities in support of Plaintiffs' opposition to the motion to dismiss is 25 pages, and (3) the page limit for Defendant's reply memorandum is 15 pages.

1      **IT IS SO STIPULATED AND AGREED.**

2   DATED: August 27, 2025

3

4   **PERKINS COIE LLP**

                                           **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

5

6   By: */s/ Susan Fahringer*                 By: /s/ *David T. Rudolph*

7      Susan Fahringer, Bar No. 162978         Michael W. Sobol (SBN 194857)
     Nicola Menaldo (*pro hac vice*)           David T. Rudolph (SBN233457)
     **PERKINS COIE LLP**                **LIEFF CABRASER HEIMANN &**

8      1201 Third Avenue, Suite 4900         **BERNSTEIN, LLP**
     Seattle, WA 98101                 Embarcadero Center West

9      Telephone: 206-359-8687           275 Battery Street, 29th Floor
     Fax: 206-359-9000               San Francisco, CA 94111-3339

10     Email: sfahringer@perkinscoie.com     (415) 956-1000
     Email: nmenaldo@perkinscoie.com      Fax: (415) 956-1008

11                                 Email: msobol@lchb.com
     Caroline Sundermeyer, Bar No. 353219   Email: drudolph@lchb.com

12     **PERKINS COIE LLP**
     3150 Porter Drive                 Linnea D. Pittman

13     Palo Alto, CA 94304            Danna Z. Elmasry
     Telephone: 650-838-4300          **LIEFF CABRASER HEIMANN &**

14     Fax: 650-838-4350             **BERNSTEIN, LLP**
     Email: CSundermeyer@perkinscoie.com   250 Hudson Street

15                                New York City, NY 10013
     *Attorneys for Defendant The Trade Desk,*   (212) 355-9500

16     *Inc.*                           Fax: (212) 355-9592
                                Email: lpittman@lchb.com

17                                 Email: delmasry@lchb.com

18                                 Jay Barnes (*pro hac vice*)
                                Eric Johnson (*pro hac vice*)

19                               An Truong (*pro hac vice*)
                              Sona R. Shah (*pro hac vice*)

20                               **SIMMONS HANLY CONROY, LLP**
                              112 Madison Avenue, Ste 7th Floor

21                               New York, NY 10016
                              800-479-9533

22                               Fax: 618-259-2251
                              Email: jaybarnes@simmonsfirm.com

23                             Email: ejohnson@simmonsfirm.com
                              Email: atruong@simmonsfirm.com

24                             Email: sshah@simmonsfirm.com

25                             Christian Levis (pro hac vice)
                            clevis@lowey.com

26                             Amanda Fiorilla (pro hac vice)
                            afiorilla@lowey.com

27                             Rachel Kesten (pro hac vice)
                            rkesten@lowey.com

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Yuanchen Lu (pro hac vice)
ylu@lowey.com
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone:  914.997.0500
Facsimile:  914.997.0035

Philip L. Fraietta (SBN 354768)
pfraietta@bursor.com
Max S. Roberts (pro hac vice)
mroberts@bursor.com
Victoria X. Zhou (pro hac vice)
vzhou@bursor.com
Joshua R. Wilner (SBN 353949)
jwilner@bursor.com
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone:  646.837.7150
Facsimile:  212.989.9163

*Attorneys for Plaintiffs*

-4-

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: August ___, 2025

5

                                                       _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:25-CV-02889-CRB
**STIPULATION AND [PROPOSED] ORDER**

-6-

1

## ATTESTATION

2      I, Susan Fahringer, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i), that the

3  concurrence to the filing of this document has been obtained from the other signatories.

4
    DATED:  August 27, 2025                    **PERKINS COIE LLP**
5

6                                              By: */s/ Susan Fahringer*
                                                   Susan Fahringer
7
                                                   *Attorney for Defendant The Trade Desk,*
8                                                  *Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**