Susan Fahringer (SBN 162978)
sfahringer@perkinscoie.com
Nicola Menaldo (*pro hac vice*)
nmenaldo@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Telephone: (206) 359-8687
Facsimile: (206) 359-9000

Caroline Sundermeyer (SBN 353219)
CSundermeyer@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorneys for Defendant The Trade Desk, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re The Trade Desk, Inc. Data Privacy Litigation | Case No. 3:25-cv-2889 (CRB)<br><br>**DECLARATION OF SUSAN FAHRINGER IN SUPPORT OF DEFENDANT THE TRADE DESK, INC.'S MOTION TO DISMISS**<br><br>Judge: Hon. Charles R. Breyer<br><br>DATE: December 5, 2025<br>TIME: 10:00 a.m.<br>CTRM: 6, 17th Floor |

I, Susan Fahringer, state and declare as follows:

1. I am an attorney at Perkins Coie LLP and represent The Trade Desk, Inc. ("TTD") in this matter. I make this declaration in support of TTD's Motion to Dismiss filed herewith. I am of the age of majority and competent to testify about the matters set forth herein, which are based on my personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of a publicly available webpage from TTD's website entitled "Our Platform," which is available at the following address: https://www.thetradedesk.com/our-demand-side-platform. Exhibit A was collected at my direction on August 29, 2025.

3. Attached as **Exhibit B** is a true and correct copy of a publicly available webpage from TTD's website entitled "Unified ID 2.0," which is cited at footnote 20 of the Consolidated Amended Class Action Complaint ("CCAC"), and available at the following address: https://www.thetradedesk.com/unified-id-solution-2-0. Exhibit B was collected at my direction on August 29, 2025.

4. Attached as **Exhibit C** is a true and correct copy of a publicly available webpage entitled "An open-source identity solution built for the open internet," which is cited at footnote 128 of the CCAC, and available at the following address: https://unifiedid.com/. Exhibit C was collected at my direction on August 29, 2025.

5. Attached as **Exhibit D** is a true and correct copy of a publicly available webpage titled "Unified ID 2.0 Overview," which is cited at footnotes 23 and 27 of the CCAC, and available at the following address: https://unifiedid.com/docs/intro. Exhibit D was collected at my direction on August 29, 2025.

6. Attached as **Exhibit E i**s a true and correct copy of a publicly available webpage titled "Frequently Asked Questions," which is cited at footnote 24 of the CCAC, and available at the following address: https://unifiedid.com/docs/getting-started/gs-faqs. Exhibit E was collected at my direction on August 29, 2025.

I declare under penalty of perjury under the laws of the State of Washington and of the United States of America that the foregoing is true and correct.

Executed on September 2, 2025, in Seattle, Washington.

By: */s/ Susan Fahringer*
SUSAN FAHRINGER

# Exhibit A

theTradeDesk

OUR PLATFORM

# The leading demand-side platform for data-driven advertising

Reach relevant audiences on the open internet, drive growth, and prove your impact.



**URL**
https://www.thetradedesk.com/our-demand-side-platform

**Timestamp**
Fri Aug 29 2025 16:50:06 GMT-0700 (Pacific Daylight Time)



# One platform. Endless possibilities.

Advanced data-driven tools to help you plan, execute, and measure your programmatic advertising campaigns, so you can maximize the value of every single impression — all within a simple self-serve experience.

## Audience-first, data-driven targeting

Identify your most valuable customers and discover the best ways to reach them and others like them using first- and third-party data and our durable identity framework.

## Premium omnichannel inventory

Buy the best of the open internet with access to premium inventory at scale — across channels — backed by granular quality monitoring tools.

## AI-driven decisioning and optimization

Our AI analyzes up to 15 million ad opportunities each second to help you optimize campaigns in real time with more flexibility and control.

## Outcome-based measurement

See how marketing drives impact across the funnel — from awareness to conversion — while keeping media spend aligned with your business goals.

optimize campaigns in real time with more flexibility and control.

while keeping media spend aligned with your business goals.

## Trusted by the world's biggest brands and agencies.

Because we don't own media. We just help you buy it better.

### Objective and unbiased

Because we don't own or operate media, we can help you objectively prioritize inventory that drives better performance for your campaign

### Open and interoperable

Choose your preferred solutions from the industry's largest marketplace of data, measurement, brand safety, and inventory providers.

### Transparent and flexible

Get full visibility and more control over your campaigns, your data, and where your ads are placed, with the flexibility to adjust strategies in real time to meet your unique goals.

## Don't just take our word for it.

**URL**

https://www.thetradedesk.com/our-demand-side-platform

**Timestamp**

Fri Aug 29 2025 16:50:06 GMT-0700 (Pacific Daylight Time)

# Don’t just take our word for it.

See how our innovative platform and leadership are being recognized across the industry.




## The Trade Desk named a leader in The Forrester Wave™: Omnichannel Demand-Side Platforms

Read more

# We innovate so you can grow

Discover what sets us apart from other media buying platforms.



## Omnichannel at scale

We make it easier to unify your media buying across channels in a single platform. We have scaled access to the best ad inventory on the open internet, giving you more opportunities to connect with your customer while they’re consuming their favorite content

**URL**

https://www.thetradedesk.com/our-demand-side-platform

**Timestamp**

Fri Aug 29 2025 16:50:06 GMT-0700 (Pacific Daylight Time)

# We innovate so you can grow

Discover what sets us apart from other media buying platforms.



## Omnichannel at scale

We make it easier to unify your media buying across channels in a single platform. We have scaled access to the best ad inventory on the open internet, giving you more opportunities to connect with your customer while they're consuming their favorite content.

→ LEARN MORE

## Connected TV

## Identity solutions

## Artificial intelligence

## Retail data

## Data and measurement

## Custom solutions

**URL**
https://www.thetradedesk.com/our-demand-side-platform
**Timestamp**
Fri Aug 29 2025 16:51:46 GMT-0700 (Pacific Daylight Time)

# We innovate so you can grow

Discover what sets us apart from other media buying platforms.



## Omnichannel at scale

## Connected TV

As the preferred DSP for CTV, we partner with major ad-supported streaming services across the globe — giving you access to millions of viewers on premium content, including live sports and high-profile events.

→ LEARN MORE

## Identity solutions

## Artificial intelligence

## Retail data

## Data and measurement

## Custom solutions

**URL**

https://www.thetradedesk.com/our-demand-side-platform

**Timestamp**

Fri Aug 29 2025 16:52:04 GMT-0700 (Pacific Daylight Time)

# We innovate so you can grow

Discover what sets us apart from other media buying platforms.



## Omnichannel at scale

## Connected TV

## Identity solutions

We're partnering industrywide to set a new standard for identity on the open internet through Unified ID 2.0 and EUID, so you can scale your audiences and measure campaigns more effectively.

→ LEARN MORE

## Artificial intelligence

## Retail data

## Data and measurement

## Custom solutions

**URL**
https://www.thetradedesk.com/our-demand-side-platform

**Timestamp**
Fri Aug 29 2025 16:52:26 GMT-0700 (Pacific Daylight Time)

# We innovate so you can grow

Discover what sets us apart from other media buying platforms.



## Omnichannel at scale

## Connected TV

## Identity solutions

## Artificial intelligence

We designed our industry-leading AI to work with you, not in place of you. Just enter your campaign inputs and our AI will help you uncover your most valuable impressions, helping you maximize performance — and your time.

→ LEARN MORE

## Retail data

## Data and measurement

## Custom solutions

**URL**
https://www.thetradedesk.com/our-demand-side-platform
**Timestamp**
Fri Aug 29 2025 16:52:45 GMT-0700 (Pacific Daylight Time)

# We innovate so you can grow

Discover what sets us apart from other media buying platforms.



## Omnichannel at scale

## Connected TV

## Identity solutions

## Artificial intelligence

## Retail data

Access data from the largest marketplace of the world's biggest retailers to target high-value audiences and connect your omnichannel media buys to sales and ROI.

→ LEARN MORE

## Data and measurement

## Custom solutions

**URL**

https://www.thetradedesk.com/our-demand-side-platform

**Timestamp**

Fri Aug 29 2025 16:54:35 GMT-0700 (Pacific Daylight Time)

# We innovate so you can grow

Discover what sets us apart from other media buying platforms.



## Omnichannel at scale

## Connected TV

## Identity solutions

## Artificial intelligence

## Retail data

## Data and measurement

Our robust marketplace of data and measurement solutions makes it easier to connect with your most valuable audiences more effectively and measure results that matter for your brand.

→ LEARN MORE

## Custom solutions

**URL**

https://www.thetradedesk.com/our-demand-side-platform

**Timestamp**

Fri Aug 29 2025 16:54:59 GMT-0700 (Pacific Daylight Time)

# We innovate so you can grow

Discover what sets us apart from other media buying platforms.



## Omnichannel at scale

## Connected TV

## Identity solutions

## Artificial intelligence

## Retail data

## Data and measurement

## Custom solutions

Tailor our platform to meet your business goals, whether you're an advertiser, publisher, or partner.

→ LEARN MORE

**URL**

https://www.thetradedesk.com/our-demand-side-platform

**Timestamp**

Fri Aug 29 2025 16:55:19 GMT-0700 (Pacific Daylight Time)



## Custom solutions

Tailor our platform to meet your business goals, whether you're an advertiser, publisher, or partner.

→ LEARN MORE

# Ready to take your digital advertising approach further? We are.

**Reach out to us to find the right solution to start using our platform.**

First name: *

Last name: *

Work email: *

Job title: *

Company name: *

Phone number: *

**URL**

https://www.thetradedesk.com/our-demand-side-platform

**Timestamp**

Fri Aug 29 2025 16:55:35 GMT-0700 (Pacific Daylight Time)

Company name: *

Phone number: *

Area of interest: *

Location: *

Message:

By checking here, you acknowledge our **Privacy Policy** and agree to receive marketing communications about our products and services. You may opt out anytime.

**Submit**

# Get the most out of our platform with The Resource Desk

→ **THE RESOURCE DESK**






**URL**

https://www.thetradedesk.com/our-demand-side-platform

**Timestamp**

Fri Aug 29 2025 16:56:06 GMT-0700 (Pacific Daylight Time)

→ THE RESOURCE DESK



CASE STUDIES | OUR PLATFORM

Media agency Together breaks through with decisioned media buying on Kokai




RESOURCES | OUR PLATFORM

How to drive outcomes with SPO and Blue Lists



RESOURCES | OUR PLATFORM

Supercharge your creative strategy with generative AI solutions

Office locations

News

Investors

**URL**

https://www.thetradedesk.com/our-demand-side-platform

**Timestamp**

Fri Aug 29 2025 16:56:34 GMT-0700 (Pacific Daylight Time)



RESOURCES | OUR PLATFORM

Supercharge your creative strategy with generative AI solutions

Office locations

News

Investors

Trust center

Careers

Developers

Edge Academy login

UID2

OpenPass

theTradeDesk

Login

Contact us

Website privacy policy Services privacy policy Cookie Settings Your privacy settings

©2025 The Trade Desk. All rights reserved.

**URL**

https://www.thetradedesk.com/our-demand-side-platform

**Timestamp**

Fri Aug 29 2025 16:57:08 GMT-0700 (Pacific Daylight Time)

# Exhibit B

theTradeDesk

# Unified ID 2.0

We're proud to unite our partners around a better approach to identity for advertisers, publishers, and consumers across the open internet.

Learn more




OVERVIEW

## An identity fabric for the open internet

Designed with the needs of modern marketers in mind, Unified ID 2.0 (UID2) provides holistic targeting and measurement for an internet that's becoming more privacy-conscious.

- Greater precision
- More efficient advertising
- Cross-device and cross-channel frequency management
- Holistic targeting and measurement

**URL**
https://www.thetradedesk.com/unified-id-solution-2-0

**Timestamp**
Fri Aug 29 2025 17:09:03 GMT-0700 (Pacific Daylight Time)

internet

Designed with the needs of modern marketers in mind, Unified ID 2.0 (UID2) provides holistic targeting and measurement for an internet that's becoming more privacy-conscious.

Cross-device and cross-channel frequency management

Holistic targeting and measurement

## Built to benefit the entire ecosystem

By converting email and phone number data into hashed, salted identifiers, UID2s can serve as a superior signal to cookies in myriad ways.

### For publishers

UID2 can make advertising more relevant, which in turn can drive more revenue for premium content platforms.

### For clean rooms and customer data platforms

Direct integration with UID2 allows for seamless, privacy-conscious workflows and transfer of data for measurement.

### For consumers

A universal UID2 opt-out function aims to provide a tool to control the user experience.

### For data partners

Integrating with UID2 can create more durable audience segments for targeting and measurement.

### For consumers

A universal UID2 opt-out function aims to provide a tool to control the user experience.

### For data partners

Integrating with UID2 can create more durable audience segments for targeting and measurement.

## How UID2 is different

### Interoperable

UID2 works with other identity solutions across the open internet to maximize coverage of addressable audiences across all channels — including on Connected TV.

### Portable

Since UID2 has been adopted by many leading ad tech providers and platforms, it's easy for participants to use the identity strategies that work best for them, with the partners they choose.

### Privacy-conscious

Data is hashed with a rotating salt and tokens are encrypted to obscure the source data used to create the UID2.

### Omnichannel

Authentication is increasing across traditional digital, mobile apps, and especially Connected TV — enabling cross-device and cross-channel identity strategies without cookies.

**URL**
https://www.thetradedesk.com/unified-id-solution-2-0
**Timestamp**
Fri Aug 29 2025 17:09:03 GMT-0700 (Pacific Daylight Time)

# Our collaborators

→ VIEW ALL PARTNERS

## Ready to adopt Unified ID 2.0?

→ GET STARTED

## Get the latest on identity

Read more about Unified ID 2.0 and efforts to develop a better approach to identity for the open internet.

→ MORE FROM THE RESOURCE DESK





**URL**

https://www.thetradedesk.com/unified-id-solution-2-0

**Timestamp**

Fri Aug 29 2025 17:09:03 GMT-0700 (Pacific Daylight Time)

→ MORE FROM THE RESOURCE DESK




RESOURCES | IDENTITY

EUID: Enabling personalization and relevance in advertising




CASE STUDIES | IDENTITY

Luxury New York hotel boosts bookings with UID2




CASE STUDIES | IDENTITY

UMI delivers more reach and conversions using Unified ID 2.0



**URL**

https://www.thetradedesk.com/unified-id-solution-2-0

**Timestamp**

Fri Aug 29 2025 17:09:03 GMT-0700 (Pacific Daylight Time)

Trust center

Careers

Developers

Edge Academy login

UID2

OpenPass

theTradeDesk

Login Contact us

Website privacy policy Services privacy policy Cookie Settings Your privacy settings

©2025 The Trade Desk. All rights reserved.

**URL**

https://www.thetradedesk.com/unified-id-solution-2-0

**Timestamp**

Fri Aug 29 2025 17:09:03 GMT-0700 (Pacific Daylight Time)

# Exhibit C

Unified iD 2.0

Search

# An open-source identity solution built for the open internet

Unified ID 2.0 leverages encrypted email and phone number data to provide a privacy-conscious, secure, and accurate identity standard for the entire digital advertising ecosystem.

## Our partners

View All →

ight LiveIntent /LiveRamp LUCID A Cint Group Company neustar

## Enable personalization and relevance on content and advertising

Unified ID 2.0 offers greater personalization, targeting, measurement, and security for every use case — from advertisers to publishers and everyone in between.

**URL**

https://unifiedid.com/

**Timestamp**

Fri Aug 29 2025 17:10:16 GMT-0700 (Pacific Daylight Time)

# Enable personalization and relevance on content and advertising

Unified ID 2.0 offers greater personalization, targeting, measurement, and security for every use case — from advertisers to publishers and everyone in between.



Use deterministic data for greater precision.

---



Upgrade to an omnichannel and cross-device ID type.

---



Hash, salt, and transport directly identifying information (DII) as pseudonymized IDs.

# It works with you, however you work

Easily integrate Unified ID 2.0 into your existing workflows through a flexible framework of implementation types.

**URL**
https://unifiedid.com/

**Timestamp**
Fri Aug 29 2025 17:10:16 GMT-0700 (Pacific Daylight Time)

Easily integrate Unified ID 2.0 into your existing workflows through a flexible framework of implementation types.

### Publishers →

Maintain audience targeting without cookies for better impression monetization and more relevance.

### Advertisers →

Leverage first-party data for more durable identity strategies and better addressability.

### Demand-Side platforms →

Maintain cross-device identity resolution and one-to-one targeting connections with deterministic IDs for more precision and omnichannel reach.

### Data providers →

Connect audience segments with deterministic signals across all partners for a cohesive identity offering.

**URL**

https://unifiedid.com/

**Timestamp**

Fri Aug 29 2025 17:10:16 GMT-0700 (Pacific Daylight Time)

## Unified ID 2.0 benefits

Unified ID 2.0 was created to be conscious of consumer privacy. Users can opt out of the use of their UID2 universally by visiting the opt-out portal. Participants are required to honor user opt-out requests made through the portal.

Manage my UID2 ↗

# Ready to get started with Unified ID 2.0?

Request access or a consultation with an expert, or visit our most up-to-date technical documentation

Request access Browse the Docs →

## Press releases and media coverage

AppsFlyer

May 12, 2025

Perion

March 15, 2025

iHeartMedia

December 11, 2024

SoundCloud

November 5, 2024

Spotify

October 22, 2024

33Across

October 15, 2024

**URL**
https://unifiedid.com/

**Timestamp**
Fri Aug 29 2025 17:10:16 GMT-0700 (Pacific Daylight Time)

Spotify

October 22, 2024

33Across

October 15, 2024

Deep Sync

September 30, 2024

Roku

August 1, 2024

Caddle

July 17, 2024

Fox

June 19, 2024

Pandora

June 17, 2024

Scripps

June 10, 2024

LG

May 9, 2024

Bonbon

April 25, 2024

Clinch

March 25, 2024

Adobe Advertising

March 18, 2024

Dish Media

January 30, 2024

Lotame

January 18, 2024

**URL**

https://unifiedid.com/

**Timestamp**

Fri Aug 29 2025 17:10:16 GMT-0700 (Pacific Daylight Time)

January 30, 2024

January 18, 2024

HP

November 3, 2023

AWS Entity Resolution

October 16, 2023

Warner Bros. Discovery

June 21, 2023

NBCU

March 8, 2023

Salesforce

September 21, 2022

P&G

September 1, 2022

Unified iD 2.0

© 2025 All rights reserved.

UID2 Overview UID2 GitHub UID2 Privacy Policy Prebid EUID

Report a Vulnerability Website Privacy Policy Opt-out Website Cookie Settings Your Privacy Choices

**URL**

https://unifiedid.com/

**Timestamp**

Fri Aug 29 2025 17:10:16 GMT-0700 (Pacific Daylight Time)

# Exhibit D

# Unified ID 2.0 Overview

UID2 is a framework that enables deterministic identity for advertising opportunities on the open internet for many participants across the advertising ecosystem. The UID2 framework enables publisher websites, mobile apps, and Connected TV (CTV) apps to monetize through programmatic workflows. Built as an open-source, standalone solution with its own unique namespace, the framework offers privacy controls designed to help participants meet local market requirements.

> **NOTE**
> The term "UID2" can refer to either the framework or an actual identifier. Unless otherwise indicated, this page provides an overview of the UID2 framework.

## Guiding Principles

The UID2 framework has the following principles as its foundation:

- **First-party relationships**: UID2 enables advertisers to activate their first-party data on publisher websites across the open internet.
- **Non-proprietary (universal) standard**: All participants in the advertising ecosystem who execute an appropriate participation agreement can access UID2.
- **Open source**: The source code for the UID2 Component Services is publicly available.
- **Interoperable**: The framework allows other identity solutions (commercial and proprietary) to integrate and provide UID2 tokens with their offerings.
- **Secure and encrypted data**: UID2 leverages multiple layers of security to help protect user and other participant data.
- **Consumer control**: Consumers can opt out of UID2 at any time through the Transparency and Control Portal.

## Technical Design Principles

The UID2 framework is built on the following technical principles:

- **Distributed integration**: Multiple certified integration paths provide options for publishers, advertisers, and third-party data providers to manage and exchange UID2 tokens.
- **Decentralized storage**: The framework does not have centralized storage for personal data (DII) mappings. All participants maintain only their own data.
- **Lean infrastructure**: The UID2 system is light and inexpensive to operate.

## Technical Design Principles

The UID2 framework is built on the following technical principles:

- **Distributed integration**: Multiple certified integration paths provide options for publishers, advertisers, and third-party data providers to manage and exchange UID2 tokens.
- **Decentralized storage**: The framework does not have centralized storage for personal data (DII) mappings. All participants maintain only their own data.
- **Lean infrastructure**: The UID2 system is light and inexpensive to operate.
- **Internet scale**: The UID2 infrastructure can scale to address the continuously increasing needs of participants and to meet the performance demands of specific geographic regions.
- **Self-reliant**: UID2 does not rely on external services for the processing of real-time bidding (RTB) data.

## Elements of the UID2 Infrastructure

For information about key elements of the UID2 infrastructure, and other aspects of UID2, refer to the following pages:

- UID2 Identifier Types
- UID2 Components
- UID2 Participants
- Workflows

## FAQs

See Frequently Asked Questions.

## License

All work and artifacts are licensed under the Apache License, Version 2.0.

Edit this page

Last updated on **Aug 29, 2025**

Next
UID2 Identifier Types »

**Unified iD2.0**

© 2025 All rights reserved.

**URL**

https://unifiedid.com/docs/intro

**Timestamp**

Fri Aug 29 2025 17:11:17 GMT-0700 (Pacific Daylight Time)

**Unified iD 2.0**

© 2025 All rights reserved.

UID2 Overview UID2 GitHub UID2 Privacy Policy Prebid EUID

Report a Vulnerability Website Privacy Policy Opt-out Website Cookie Settings Your Privacy Choices

**URL**

https://unifiedid.com/docs/intro

**Timestamp**

Fri Aug 29 2025 17:11:17 GMT-0700 (Pacific Daylight Time)

# Exhibit E

# Frequently Asked Questions

Frequently asked questions for UID2 in this document are grouped by audience, into the following general categories:

- FAQs—General
- FAQs for Publishers
- FAQs for Advertisers and Data Providers
- FAQs for DSPs

The following additional FAQ information for publishers is also available:

- FAQs for Mobile Integrations

## FAQs—General

Here are some frequently asked questions regarding the UID2 framework.

- Will all integration partners in the EUID infrastructure (SSPs, third-party data providers, measurement providers) be automatically integrated with UID2?
- Can users opt out of targeted advertising tied to their UID2?
- When I send DII to UID2, does UID2 store the information?
- Does UID2 allow the processing of HIPAA-regulated data?
- Should I use a Public Operator or a Private Operator?

> **NOTE**
> For FAQs relating to mobile publisher integrations, see FAQs for Mobile Integrations.

**Will all integration partners in the EUID infrastructure (SSPs, third-party data providers, measurement providers) be automatically integrated with UID2?**

No. UID2 has its own framework, which is separate from EUID. As such, paperwork relating to accessing and using the EUID framework does not automatically grant usage and access to the UID2 framework. New contracts are required to be signed for UID2.

**Can users opt out of targeted advertising tied to their UID2?**

Yes. Through the Transparency and Control Portal, users can opt out from being served targeted ads tied to their UID2. Each request is distributed through the UID2 Opt-Out Service, and UID2 Operators make the opt-

**Will all integration partners in the EUID infrastructure (SSPs, third-party data providers, measurement providers) be automatically integrated with UID2?**

No. UID2 has its own framework, which is separate from EUID. As such, paperwork relating to accessing and using the EUID framework does not automatically grant usage and access to the UID2 framework. New contracts are required to be signed for UID2.

**Can users opt out of targeted advertising tied to their UID2?**

Yes. Through the Transparency and Control Portal, users can opt out from being served targeted ads tied to their UID2. Each request is distributed through the UID2 Opt-Out Service, and UID2 Operators make the opt-out information available to all relevant participants.

**When I send DII to UID2, does UID2 store the information?**

No. None of the components of the UID2 service store any DII.

In addition, in almost all cases, UID2 doesn't store any values at all once the POST /token/generate, POST /token/refresh, or POST /identity/map call is complete. A necessary exception is the case where a user has opted out. In this scenario, UID2 stores a hashed, opaque value to indicate the opted-out user. The stored value cannot be reverse engineered back to the original value of the DII, but can be used to identify future requests for a UID2 generated from the same DII, which are therefore denied.

**Does UID2 allow the processing of HIPAA-regulated data?**

No. UID2 participants must not generate UID2s from Protected Health Information, as defined by the Health Insurance Portability and Accountability Act (HIPAA), even if they have obtained consent to engage in marketing with respect to such data.

**Should I use a Public Operator or a Private Operator?**

For most participants, Public Operator is the simplest solution. A Public Operator integration is a much easier option than hosting your own Private Operator. Having a Private Operator instance has some advantages, but adds extra complexities and costs.

The best choice depends on your unique scenario and needs. For more information to help you arrive at a decision, refer to the following:

- The UID2 Operator
- UID2 Private Operator Integration Overview

## FAQs for Publishers

Here are some frequently asked questions for publishers using the UID2 framework.

- How can I test that the DII sent and the returned token match up?
- Do I need to decrypt tokens?
- How will I be notified of user opt-out?
- Where should I make token generation calls—from the server side or the client side?
- Can I make token refresh calls from the client side?

- How can I test that the DII sent and the returned token match up?
- Do I need to decrypt tokens?
- How will I be notified of user opt-out?
- Where should I make token generation calls—from the server side or the client side?
- Can I make token refresh calls from the client side?
- If I choose to manually refresh the token, how will I know when to refresh the token?
- How can I test the refresh token workflow?
- What is the uniqueness and rotation policy for UID2 tokens?
- What does a UID2 token look like in the bidstream?
- Can I integrate UID2 with Single Sign-On (SSO)?
- I'm using Prebid with a Mobile SDK—what atype value should I use?


**How can I test that the DII sent and the returned token match up?**

You can use the POST /token/validate endpoint to check whether the DII that you are sending through POST /token/generate is valid. `POST /token/validate` is used primarily for testing purposes.

For details, see Using POST /token/validate to Test.

**Do I need to decrypt tokens?**

No, publishers do not need to decrypt UID2 tokens. However, if you want to get access to raw UID2s for internal use only, please work with UID2 support to gain access.

**How will I be notified of user opt-out?**

If the user has opted out, the API response notifies you in either of these cases:

- When you generate the UID2 token by a call to the POST /token/generate endpoint, either directly or via one of the UID2 SDKs, using the required `optout_check` parameter with a value of `1`.
- When you refresh the UID2 token by a call to the POST /token/refresh endpoint, either directly or via one of the UID2 SDKs.

**Where should I make token generation calls—from the server side or the client side?**

You can generate UID2 tokens from either the client side or the server side. For more information, see:

- Generating tokens from the client side using Prebid.js: UID2 Client-Side Integration Guide for Prebid.js.
- Generating tokens from the server side using Prebid.js: UID2 Client-Server Integration Guide for Prebid.js.
- Other server-side options: Publisher Integrations.

**Can I make token refresh calls from the client side?**

Yes. The POST /token/refresh can be called from the client side (for example, a browser or a mobile app) because it does not require using an API key.

**If I choose to manually refresh the token, how will I know when to refresh the token?**

The recommended refresh interval is hourly.

**URL**

https://unifiedid.com/docs/getting-started/gs-faqs

**Timestamp**

Fri Aug 29 2025 16:42:42 GMT-0700 (Pacific Daylight Time)

because it does not require using an API key.

**If I choose to manually refresh the token, how will I know when to refresh the token?**

The recommended refresh interval is hourly.

To determine when to refresh, you can use the timestamp of the `refresh_from` field in the response to the POST /token/generate endpoint (see Successful Response) or POST /token/refresh endpoint (see Successful Response With Tokens).

You could also use one of the SDKs that has a function to check if token refresh is needed.

For details, see Recommended Token Refresh Frequency and Managing Token Refresh with an SDK.

**How can I test the refresh token workflow?**

You can use the `refresh-optout@example.com` email address or the `+00000000002` phone number to test your token refresh workflow. Using either parameter value in a request always generates an identity response with a `refresh_token` that results in a logout response.

> **TIP**
> To get the normalized, hashed, and Base64-encoded hashed values for any email address, or the hashed and Base64-encoded hashed values for a phone number, you can use the hashing tool: see UID2 Hashing Tool.

The procedure is a little different depending on whether or not you are using an SDK.

**With SDK:**

1. Depending on whether the DII is an email address or a phone number, send a POST /token/generate request using one of the following values:
    - `email` value: `refresh-optout@example.com`.
    - `email_hash` value: The hashed and Base64-encoded value for `refresh-optout@example.com`, which is `NaNI8RU0bL1Jpp1jJLC5aJO/lchc6gGhgXQIAwJ7cV4=`.
    - `phone` value: `+00000000002`.
    - `phone_hash` value: The hashed and Base64-encoded value for `+00000000002`, which is `0VoxsIuk88qt7TnZaTC//C9Vur3pR1zBMIr1cJe7xjE=`.
2. Wait until the SDK's background auto-refresh attempts to refresh the advertising token (this can take several hours) and observe the refresh attempt fail with the `OPTOUT` status. At this point the SDK also clears the first-party cookie.

**Without SDK:**

1. Depending on whether the DII is an email address or a phone number, send a POST /token/generate request using one of the following values:
    - `email` value: `refresh-optout@example.com`.
    - `email_hash` value: The hashed and Base64-encoded value for `refresh-optout@example.com`, which is `NaNI8RU0bL1Jpp1jJLC5aJO/lchc6gGhgXQIAwJ7cV4=`.
    - `phone` value: `+00000000002`.

**URL**

https://unifiedid.com/docs/getting-started/gs-faqs

**Timestamp**

Fri Aug 29 2025 16:42:42 GMT-0700 (Pacific Daylight Time)

request using one of the following values:
   - `email` value: `refresh-optout@example.com`.
   - `email_hash` value: The hashed and Base64-encoded value for `refresh-optout@example.com`, which is `NaNI8RU0bL1Jpp1jJLC5aJO/lchc6gGhgXQIAwJ7cV4=`.
   - `phone` value: `+00000000002`.
   - `phone_hash` value: The hashed and Base64-encoded value for `+00000000002`, which is `0VoxsIuk88qt7TnZaTC//C9Vur3pR1zBMIr1cJe7xjE=`.
2. Store the returned `refresh_token` for use in the following step.
3. Send a POST /token/refresh request with the `refresh_token` (saved in step 2) as the `token` value. The body response should be empty, and the `status` value should be set to `optout` because the `refresh-optout@example.com` email and the `+00000000002` phone number always result in a logged-out user.

**What is the uniqueness and rotation policy for UID2 tokens?**

The UID2 service encrypts UID2 tokens using random initialization vectors. The UID2 token is unique for a given user as the user browses the internet. This means that every time a UID2 token is generated, the token is always different, even for the same underlying raw UID2. Every time the token is refreshed, a new token is generated and encrypted.

**What does a UID2 token look like in the bidstream?**

There are many ways to approach UID2 implementation. Here is one example of a code snippet showing how a UID2 token is passed in the bidstream:

```
{
  "user": {
    "ext": {
      "eids": [
        {
          "source": "uidapi.com",
          "uids": [
            {
              "id": "A4AAAABlh75XmviGJi-hkLGs96duivRhMd3a3pe7yTIwbAHudfB9wFTj2FtJTdMW5TXXd1KAb-Z3ekQ_KImZ5Mi7xP75
              "rtiPartner": "UID2"
            }
          ]
        }
      ]
    }
  }
}
```

**Can I integrate UID2 with Single Sign-On (SSO)?**

Yes. With popular SSO integration options such as Sign in with Google, Facebook Login, Sign in with Apple, or OpenPass, you can retrieve the email address and use it to generate a UID2.

For details, see Publisher Integration with SSO Providers.

**I'm using Prebid with a Mobile SDK—what atype value should I use?**

According to the IAB documentation, the `atype` (agent type) value indicates the type of user agent that the match is from. IAB recommends defining this property.

If you're using Prebid with the SDK for Android or the SDK for iOS, use an `atype` value of `3`, indicating a

**URL**
https://unifiedid.com/docs/getting-started/gs-faqs
**Timestamp**
Fri Aug 29 2025 16:42:42 GMT-0700 (Pacific Daylight Time)

**I'm using Prebid with a Mobile SDK—what atype value should I use?**

According to the IAB documentation, the `atype` (agent type) value indicates the type of user agent that the match is from. IAB recommends defining this property.

If you're using Prebid with the SDK for Android or the SDK for iOS, use an `atype` value of `3`, indicating a person-based ID.

For details, refer to these sections in the IAB documentation:

- Object: Extended Identifier UIDs
- List: Agent Types

## FAQs for Advertisers and Data Providers

Here are some frequently asked questions for advertisers and data providers using the UID2 framework.

- How do I know when to refresh a raw UID2?
- How often should raw UID2s be refreshed for incremental updates?
- How should I generate the SHA-256 of DII for mapping?
- Should I store mapping of email addresses, phone numbers, or corresponding hashes to raw UID2s in my own datasets?
- How should I handle user opt-outs?
- Does the same DII always result in the same raw UID2?
- If two operators process the same DII, are the results the same?
- How do I know when to refresh the UID2 due to salt bucket rotation?
- Do refreshed emails get assigned to the same bucket that they were previously associated with?

**How do I know when to refresh a raw UID2?**

The POST /identity/map endpoint provides a refresh timestamp in the response (`r` field) that indicates a timestamp, after which each raw UID2 might refresh. Use this timestamp to determine when to regenerate raw UID2s for your stored data.

To determine whether to refresh a raw UID2:

1. Compare the current time with the refresh timestamp you stored from the POST /identity/map response.
2. If the current time is greater than or equal to the refresh timestamp, regenerate the raw UID2 by calling the identity map endpoint again with the same DII.

> **NOTE**
> We recommend checking for refresh opportunities daily. It is guaranteed that the raw UID2 won't refresh before the indicated timestamp. At some point on or after that time, the raw UID2 is refreshed.

**How often should raw UID2s be refreshed for incremental updates?**

The recommended cadence for updating audiences is daily.

**URL**
https://unifiedid.com/docs/getting-started/gs-faqs
**Timestamp**
Fri Aug 29 2025 16:42:42 GMT-0700 (Pacific Daylight Time)

refresh before the indicated timestamp. At some point on or after that time, the raw UID2 is refreshed.

**How often should raw UID2s be refreshed for incremental updates?**

The recommended cadence for updating audiences is daily.

A raw UID2 for a specific user changes roughly once per year. The latest version of the POST /identity/map endpoint provides refresh timestamps that indicate a point after which each raw UID2 might refresh. We recommend checking these timestamps daily to ensure your raw UID2s remain current and valid for audience targeting.

For implementations that reference earlier versions of this endpoint (see POST /identity/map v2):

Even though each salt bucket is updated roughly once a year, individual bucket updates are spread over the year. This means that about 1/365th of all buckets are rotated daily. If fidelity is critical, consider calling the POST /identity/buckets endpoint more frequently: for example, hourly.

**How should I generate the SHA-256 of DII for mapping?**

The system should follow the email normalization rules and hash without salting.

**Should I store mapping of email addresses, phone numbers, or corresponding hashes to raw UID2s in my own datasets?**

Yes. Not storing mappings might increase processing time drastically when you have to map millions of email addresses or phone numbers. Recalculating only those mappings that actually need to be updated, however, reduces the total processing time because only about 1/365th of raw UID2s need to be updated daily.

> IMPORTANT
>
> Unless you are using a Private Operator, you must map email addresses, phone numbers, or hashes consecutively, using a single HTTP connection, with a maximum batch size of 5,000 items per batch. In other words, do your mapping without creating multiple parallel connections.

**How should I handle user opt-outs?**

When a user opts out of UID2-based targeted advertising through the Transparency and Control Portal, the opt-out signal is sent to DSPs and publishers, who handle opt-outs at bid time. We recommend that advertisers and data providers regularly check whether a user has opted out, via the POST /identity/map endpoint.

Advertisers and data providers can also check the opt-out status of raw UID2s using the POST /optout/status endpoint.

If a user opts out through your website, you should follow your internal procedures for handling the opt-out. For example, you might choose not to generate a UID2 for that user.

**Does the same DII always result in the same raw UID2?**

In general yes, the process of generating a raw UID2 from DII is the same, and results in the same value, no matter who sent the request. If two UID2 participants were to send the same email address to the

For example, you might choose not to generate a UID2 for that user.

**Does the same DII always result in the same raw UID2?**

In general yes, the process of generating a raw UID2 from DII is the same, and results in the same value, no matter who sent the request. If two UID2 participants were to send the same email address to the POST /identity/map endpoint at the same time, they would both get the same raw UID2 in response.

However, there is a variable factor that's used in generating the raw UID2. The underlying values are refreshed roughly once per year (for details, see How often should raw UID2s be refreshed for incremental updates?). If these values change between one request and another, those two requests result in two different raw UID2s, even when the DII is the same.

For more information, see Monitor for Raw UID2 Refresh in the *Advertiser/Data Provider Integration Guide*.

**If two operators process the same DII, are the results the same?**

Yes, if the request is for a raw UID2. As covered in the previous FAQ, Does the same DII always result in the same raw UID2?, if an advertiser or data provider sends the same DII to the UID2 Operator, by using an SDK or the POST /identity/map endpoint, at the same time, the same raw UID2 is created.

The result is the same, regardless of the Operator and whether it's a Private Operator or a Public Operator.

The timing is important only because of refresh cycles. If the underlying values change between one request and another, the result is a different raw UID2.

However, if a publisher sends DII in a request for a UID2 token, via the POST /token/generate or POST /token/refresh endpoint or via an SDK, the resulting UID2 token contains the same encrypted raw UID2, but the token itself is always unique.

**How do I know when to refresh the UID2 due to salt bucket rotation?**

Metadata supplied with the UID2 generation request indicates the salt bucket used for generating the UID2. Salt buckets persist and correspond to the underlying DII used to generate a raw UID2. Use the POST /identity/buckets endpoint to return which salt buckets rotated since a given timestamp. The returned rotated salt buckets inform you which UID2s to refresh.

> **NOTE**
> We do not make any promises about when the rotation takes place. To stay as up-to-date as possible, we recommend doing the checks once per hour.

**Do refreshed emails get assigned to the same bucket that they were previously associated with?**

Not necessarily. After you remap emails associated with a particular bucket ID, the emails might be assigned to a different bucket ID. To check the bucket ID, see Generate Raw UID2s from DII and save the returned raw UID2 and bucket ID again.

> **INFO**
> When mapping and remapping emails, do not make any assumptions about the number of buckets,

UID2 and bucket ID again.

> **INFO**
> When mapping and remapping emails, do not make any assumptions about the number of buckets, their rotation dates, or the specific bucket that an email gets assigned to.

## FAQs for DSPs

Here are some frequently asked questions for demand-side platforms (DSPs).


- How do I know which decryption key to apply to a UID2?
- Where do I get the decryption keys?
- How many decryption keys may be present in memory at any point?
- How do I know when to refresh mapped raw UID2s?
- How do I know if/when the raw UID2 has rotated?
- Should the DSP be concerned with latency?
- How should the DSP maintain proper frequency capping with UID2?
- Will all user opt-out traffic be sent to the DSP?
- Is the DSP expected to handle opt-out signals only for the UID2s that they already store?
- How long should the DSP keep the opt-out list?
- Is the UID2 of an opted-out user sent to the opt-out endpoint in an encrypted form?
- In what format is the UID2 of an opted-out user sent to the webhook?
- What request type do opt-outs use?
- How strict are the requirements for honoring opt-outs?
- How can I check if a user has opted out?
- How do SDK errors impact the DSP's ability to respond to a bid?


#### How do I know which decryption key to apply to a UID2?

Each of the server-side SDKs (see SDKs: Summary) updates decryption keys automatically. Metadata supplied with the UID2 token discloses the IDs of the decryption keys to use.

#### Where do I get the decryption keys?

You can use one of the server-side SDKs (see SDKs: Summary) to communicate with the UID2 service and fetch the latest keys. To make sure that the keys remain up-to-date, it is recommended to fetch them periodically; for example, once every hour.

#### How many decryption keys may be present in memory at any point?

There may be thousands of decryption keys present in the system at any given point.

#### How do I know when to refresh mapped raw UID2s?

See How do I know when to refresh a raw UID2? in the FAQs for Advertisers and Data Providers.

There may be thousands of decryption keys present in the system at any given point.

**How do I know when to refresh mapped raw UID2s?**

See How do I know when to refresh a raw UID2? in the FAQs for Advertisers and Data Providers.

**How do I know if/when the raw UID2 has rotated?**

The DSP is not privy to when the raw UID2 rotates. This is similar to a DSP being unaware if users cleared their cookies. Raw UID2 rotation has no significant impact on the DSP.

**Should the DSP be concerned with latency?**

The UID2 service does not introduce latency into the bidding process. Any latency experienced can be attributed to the network, not the UID2 service.

**How should the DSP maintain proper frequency capping with UID2?**

The UID2 has the same chance as a cookie of becoming stale. Hence, the DSP can adapt the same infrastructure currently used for cookie or deviceID-based frequency capping for UID2. For details, see How do I know when to refresh a raw UID2?

**Will all user opt-out traffic be sent to the DSP?**

Yes, all opt-outs from the UID2 Transparency and Control Portal hit the opt-out endpoint, which the DSP must configure to honor user opt-outs.

**Is the DSP expected to handle opt-out signals only for the UID2s that they already store?**

In some cases a DSP may receive a UID2 token for a newly-stored UID2 where the token is generated before the opt-out timestamp. The DSP is not allowed to bid on such tokens. It is therefore recommended to store all opt-out signals regardless of whether the corresponding UID2 is currently stored by the DSP or not. For details, see the diagram in Bidding Opt-Out Logic.

**How long should the DSP keep the opt-out list?**

We recommend that you keep the opt-out information indefinitely.

**Is the UID2 of an opted-out user sent to the opt-out endpoint in an encrypted form?**

No. It is sent as an unencrypted (raw) UID2.

**In what format is the UID2 of an opted-out user sent to the webhook?**

If a user has opted out, the UID2 Operator returns the raw UID2s as URL-encoded query parameters.

For details about the opt-out process for DSPs, see Honor User Opt-Outs.

**What request type do opt-outs use?**

Typically GET requests, but different DSPs may use different types.

**How strict are the requirements for honoring opt-outs?**

**URL**
https://unifiedid.com/docs/getting-started/gs-faqs
**Timestamp**
Fri Aug 29 2025 16:42:42 GMT-0700 (Pacific Daylight Time)

**What request type do opt-outs use?**

Typically GET requests, but different DSPs may use different types.

**How strict are the requirements for honoring opt-outs?**

Opt-outs must always be respected. It may take some time for an opt-out request to propagate through the system during which time it is expected that some bids may not honor the opt-out.

**How can I check if a user has opted out?**

DSPs can check the opt-out status of raw UID2s using the POST /optout/status endpoint.

**How do SDK errors impact the DSP's ability to respond to a bid?**

If there is an error, the SDK will not decrypt the UID2 token into a UID2.

Edit this page

Last updated on **Aug 29, 2025**

Previous
« API Permissions

Next
UID2 Sharing »

**Unified iD2.0**

© 2025 All rights reserved.



**URL**

https://unifiedid.com/docs/getting-started/gs-faqs

**Timestamp**

Fri Aug 29 2025 16:42:42 GMT-0700 (Pacific Daylight Time)