Susan Fahringer (SBN 162978)
sfahringer@perkinscoie.com
Nicola Menaldo (*pro hac vice*)
nmenaldo@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Telephone: (206) 359-8687
Facsimile: (206) 359-9000

Caroline Sundermeyer (SBN 353219)
CSundermeyer@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorneys for Defendant The Trade Desk, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re The Trade Desk, Inc. Data Privacy Litigation | Case No. 3:25-cv-2889 (CRB)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE TRADE DESK, INC.'S MOTION TO DISMISS**<br><br>Judge: Hon. Charles R. Breyer<br><br>DATE: December 5, 2025<br>TIME: 10:00 a.m.<br>CTRM: 6, 17th Floor |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Before the Court is Defendant The Trade Desk, Inc.'s ("TTD") Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("CCAC"). Having reviewed and considered the notice of motion, motion, summary of argument, memorandum of points and authorities, and the declaration of Susan Fahringer and exhibits thereto, as well as the pleadings and papers on file in this action, the Court **GRANTS** TTD's motion to dismiss. The CCAC is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE