UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE TRADE DESK, INC. DATA PRIVACY LITIGATION | Case No. 25-cv-02889-CRB<br><br>**ORDER RE MOTION TO DISMISS**<br><br>Docket No. 64 |

    Having carefully reviewed the parties' filings in this matter, the Court hereby **DENIES** Defendant's Motion to Dismiss in all respects except as to Plaintiffs' claim for declaratory relief, and **VACATES** the hearing set for December 19, 2025.

    Because declaratory relief is a remedy rather than a standalone cause of action, Plaintiffs' cause of action for declaratory judgment is **DISMISSED WITH PREJUDICE**, though Plaintiffs may seek declaratory relief as a remedy if they prevail on their other claims.

    **IT IS SO ORDERED**.

Dated: December 18, 2025

CHARLES R. BREYER
United States District Judge