Susan Fahringer (SBN 162978)
sfahringer@perkinscoie.com
Nicola Menaldo (*pro hac vice*)
nmenaldo@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Telephone: (206) 359-8687
Facsimile: (206) 359-9000

Caroline Sundermeyer (SBN 353219)
CSundermeyer@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

[Additional Counsel Listed on Signature Page]

*Attorneys for Defendant The Trade Desk, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re The Trade Desk, Inc. Data Privacy Litigation | Case No. 3:25-cv-02889 (CRB) <br><br> **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT THE TRADE DESK, INC. TO ANSWER COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** <br><br> Judge: Hon. Charles R. Breyer <br><br> Consolidated Complaint Filed: July 18, 2025 <br> Current response date: January 2, 2026 <br> New response date: February 17, 2026 |

**STIPULATION**

Pursuant to Northern District of California Civil Local Rule 6-1(a), Plaintiffs and Defendant The Trade Desk, Inc. ("TTD") (collectively, "the Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1.    WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint ("CCAC") on July 18, 2025. Dkt. 52;

2.    WHEREAS, TTD filed a motion to dismiss the CCAC on September 2, 2025. *See* Dkts. 61, 64;

3.    WHEREAS, the Court denied TTD's motion to dismiss on December 18, 2025. *See* Dkt. 69;

4.    WHEREAS, TTD's deadline to file an answer to the CCAC is currently January 2, 2026. *See* Fed. R. Civ. P. 12(a)(4)(A);

5.    WHEREAS, to allow TTD sufficient time to respond to the allegations in the CCAC, and in light of the upcoming winter holidays, the Parties have agreed to extend TTD's deadline to file its answer through February 17, 2026;

6.    WHEREAS, this request does not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that TTD's deadline to answer the CCAC is extended from January 2, 2026, to February 17, 2026.

**IT IS SO STIPULATED AND AGREED.**

*[signature page follows]*

1    DATED: December 23, 2025

2

3       **PERKINS COIE LLP**                        **LIEFF CABRASER HEIMANN &**
                                                     **BERNSTEIN, LLP**
4

5    By: */s/ Susan Fahringer*                       By: */s/ David T. Rudolph*
        Susan Fahringer, Bar No. 162978                 Michael W. Sobol (SBN 194857)
6       Nicola Menaldo (*pro hac vice*)                 David T. Rudolph (SBN233457)
        **PERKINS COIE LLP**                            **LIEFF CABRASER HEIMANN &**
7       1201 Third Avenue, Suite 4900                   **BERNSTEIN, LLP**
        Seattle, WA 98101                               Embarcadero Center West
8       Telephone: 206-359-8687                         275 Battery Street, 29th Floor
        Fax: 206-359-9000                               San Francisco, CA 94111-3339
9       Email: sfahringer@perkinscoie.com               (415) 956-1000
        Email: nmenaldo@perkinscoie.com                 Fax: (415) 956-1008
10                                                       Email: msobol@lchb.com
        Justin Potesta (SBN 314133)                     Email: drudolph@lchb.com
11      jpotesta@perkinscoie.com
        **PERKINS COIE LLP**                            Linnea D. Pittman
12      405 Colorado St., Suite 1700                    Danna Z. Elmasry
        Austin, TX 78701                                **LIEFF CABRASER HEIMANN &**
13      Telephone: (737) 256-6100                       **BERNSTEIN, LLP**
        Facsimile: (737) 256-6300                       250 Hudson Street
14                                                       New York City, NY 10013
        Colin Lubelczyk (pro hac vice)                  (212) 355-9500
15      clubelczyk@perkinscoie.com                      Fax: (212) 355-9592
        **PERKINS COIE LLP**                            Email: lpittman@lchb.com
16      1120 NW Couch Street, 10th Floor                Email: delmasry@lchb.com
        Portland, OR 97209
17      Telephone: (503) 727-2162                       Jay Barnes (*pro hac vice*)
        Facsimile: (503) 727-2222                       Eric Johnson (*pro hac vice*)
18                                                       An Truong (*pro hac vice*)
        Emma Roberts (pro hac vice)                     Sona R. Shah (*pro hac vice*)
19      emmaroberts@perkinscoie.com                     **SIMMONS HANLY CONROY, LLP**
        **PERKINS COIE LLP**                            112 Madison Avenue, Ste 7th Floor
20      500 North Akard Street, Suite 3300              New York, NY 10016
        Dallas, TX 75201                                800-479-9533
21      Telephone: (469) 801-2305                       Fax: 618-259-2251
        Facsimile: (214) 965-7799                       Email: jaybarnes@simmonsfirm.com
22                                                       Email: ejohnson@simmonsfirm.com
        Caroline Sundermeyer, Bar No. 353219            Email: atruong@simmonsfirm.com
23      **PERKINS COIE LLP**                            Email: sshah@simmonsfirm.com
        3150 Porter Drive
24      Palo Alto, CA 94304                             Christian Levis (pro hac vice)
        Telephone: 650-838-4300                         clevis@lowey.com
25      Fax: 650-838-4350                               Amanda Fiorilla (pro hac vice)
        Email: CSundermeyer@perkinscoie.com             afiorilla@lowey.com
26                                                       Rachel Kesten (pro hac vice)
        *Attorneys for Defendant The Trade Desk,*       rkesten@lowey.com
27      *Inc.*                                          Yuanchen Lu (pro hac vice)
                                                        ylu@lowey.com
28

                                        -2-

**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914.997.0500
Facsimile: 914.997.0035

Philip L. Fraietta (SBN 354768)
pfraietta@bursor.com
Max S. Roberts (pro hac vice)
mroberts@bursor.com
Victoria X. Zhou (pro hac vice)
vzhou@bursor.com
Joshua R. Wilner (SBN 353949)
jwilner@bursor.com
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: 646.837.7150
Facsimile: 212.989.9163

*Attorneys for Plaintiffs*

## ATTESTATION

I, Susan Fahringer, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i), that the concurrence to the filing of this document has been obtained from the other signatories.

DATED:  December 23, 2025                    **PERKINS COIE LLP**

By: */s/ Susan Fahringer*
Susan Fahringer

*Attorney for Defendant The Trade Desk, Inc.*

3:25-CV-02889-CRB
**STIPULATION TO EXTEND DEADLINE TO ANSWER**