| | |
|---|---|
| Susan Fahringer (SBN 162978)<br>sfahringer@perkinscoie.com<br>Nicola Menaldo (*pro hac vice*)<br>nmenaldo@perkinscoie.com<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: (206) 359-8687<br>Facsimile: (206) 359-9000<br><br>Caroline Sundermeyer (SBN 353219)<br>CSundermeyer@perkinscoie.com<br>**PERKINS COIE LLP**<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 838-4300<br>Facsimile: (650) 838-4350<br><br>*Attorneys for Defendant The Trade Desk, Inc.* | Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>David T. Rudolph (SBN 233457)<br>drudolph@lchb.com<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>[Additional Counsel on Signature Page]<br><br>*Attorneys for Plaintiffs and the Proposed Classes* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE THE TRADE DESK, INC. DATA PRIVACY LITIGATION | Case No. 3:25-cv-2889 (CRB)<br><br>MODIFIED<br>**STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE** |

1   Pursuant to Civil Local Rule 7-12 and Section I(B) of this Court's General Standing
2   Order, Plaintiffs Doug Michie, Justin Dyer, Jessica Ju, and Jennifer Turner ("Plaintiffs") and
3   Defendant The Trade Desk, Inc. ("Trade Desk") (collectively, "the Parties"), by and through their
4   respective attorneys of record, stipulate and agree as follows:

5   WHEREAS on June 18, 2025, the Court granted Plaintiffs' Motion to Consolidate Cases.
6   Dkt. 50. The Court ordered Plaintiffs to file a Consolidated Complaint within thirty days and set
7   a briefing schedule for any forthcoming motion to dismiss. *Id.* at 3. The Court also ordered that
8   "[a] Case Management Conference will be scheduled once Defendant has responded," that the
9   Rule 26(f) conference be conducted "no later than twenty-one days prior to the Case
10  Management Conference," and that the "Joint Case Management Statement [be filed] pursuant to
11  Civil Local Rule 16-9 no later than seven days prior to the Case Management Conference." *Id.*

12  WHEREAS on December 23, 2025, the Parties filed a stipulation to extend the deadline
13  for Trade Desk to answer the Complaint. Dkt. 70. Trade Desk's answer deadline is February 17,
14  2026. *Id.*

15  WHEREAS in order to advance this litigation, the Parties submit this stipulation
16  requesting the Court set an initial case management conference consistent with the Court's prior
17  order. Dkt. 50.

18  NOW, THEREFORE, subject to the Court's approval, THE PARTIES SUBMIT THIS
19  STIPULATED REQUEST THAT the Court hold an initial case management conference on
20  February 27, 2026 at 8:30am by video, or as soon thereafter as practicable.

21  **IT IS SO STIPULATED.**
22  Dated: February 5, 2026

| | |
|---|---|
| **PERKINS COIE LLP**<br><br>By: *Hayden M. Schottlaender*<br><br>Susan Fahringer, Bar No. 162978<br>Nicola Menaldo (pro hac vice)<br>PERKINS COIE LLP<br>1301 Second Avenue, Suite 4200<br>Seattle, WA 98101<br>Telephone: 206-359-8687<br>Fax: 206-359-9000<br>Email: sfahringer@perkinscoie.com<br>Email: nmenaldo@perkinscoie.com<br><br>Hayden M. Schottlaender<br>PERKINS COIE LLP<br>500 N. Akard Street, Suite 3300<br>Dallas, TX 75201<br>Telephone: +1.214.965.7700<br>HSchottlaender@perkinscoie.com<br><br>Caroline Sundermeyer, Bar No. 353219<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: 650-838-4300<br>Fax: 650-838-4350<br>Email: CSundermeyer@perkinscoie.com<br><br>*Attorneys for Defendant The Trade Desk, Inc.* | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br><br>By: *David T. Rudolph*<br>Michael W. Sobol (SBN 194857)<br>David T. Rudolph (SBN233457)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Embarcadero Center West<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>(415) 956-1000<br>Fax: (415) 956-1008<br>Email: msobol@lchb.com<br>Email: drudolph@lchb.com<br><br>Linnea D. Pittman<br>Danna Z. Elmasry<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>250 Hudson Street<br>New York City, NY 10013<br>(212) 355-9500<br>Fax: (212) 355-9592<br>Email: lpittman@lchb.com<br>Email: delmasry@lchb.com<br><br>Jay Barnes (*pro hac vice*)<br>Eric Johnson (*pro hac vice*)<br>An Truong (*pro hac vice*)<br>Sona R. Shah (*pro hac vice*)<br>**SIMMONS HANLY CONROY, LLP**<br>112 Madison Avenue, Ste 7th Floor<br>New York, NY 10016<br>800-479-9533<br>Fax: 618-259-2251<br>Email: jaybarnes@simmonsfirm.com<br>Email: ejohnson@simmonsfirm.com<br>Email: atruong@simmonsfirm.com<br>Email: sshah@simmonsfirm.com<br><br>Christian Levis (pro hac vice)<br>clevis@lowey.com<br>Amanda Fiorilla (pro hac vice)<br>afiorilla@lowey.com<br>Rachel Kesten (pro hac vice)<br>rkesten@lowey.com<br>Yuanchen Lu (pro hac vice)<br>ylu@lowey.com<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: 914.997.0500 |

|   |   |
|---|---|
| 1 | Facsimile:  914.997.0035 |
| 2 | Philip L. Fraietta (SBN 354768) |
|   | pfraietta@bursor.com |
| 3 | Max S. Roberts (pro hac vice) |
|   | mroberts@bursor.com |
| 4 | Victoria X. Zhou (pro hac vice) |
|   | vzhou@bursor.com |
| 5 | Joshua R. Wilner (SBN 353949) |
|   | jwilner@bursor.com |
| 6 | **BURSOR & FISHER, P.A.** |
|   | 1330 Avenue of the Americas, 32nd Floor |
| 7 | New York, NY 10019 |
|   | Telephone:  646.837.7150 |
| 8 | Facsimile:  212.989.9163 |
| 9 | *Attorneys for Plaintiffs* |

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 5, 2026

/s/ *David T. Rudolph*
Michael W. Sobol
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATED REQUEST, A CASE MANAGEMENT CONFERENCE WILL BE HELD IN THIS MATTER AT ~~8:30 A.M.~~ ON ~~FEBRUARY 27, 2026~~. THE CONFERENCE SHALL BE CONDUCTED VIA ZOOM.

March 13, 2025 at 10:00 a.m. by video-conference (Zoom)
A Joint Case Management Statement due by March 6, 2026.

Dated: February 5, 2026

Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE