Jason "Jay" Barnes (*pro hac vice*)
jaybarnes@simmonsfirm.com
Eric Johnson (*pro hac vice*)
ejohnson@simmonsfirm.com
An Truong (*pro hac vice*)
atruong@simmonsfirm.com
Sona R. Shah (*pro hac vice*)
sshah@simmonsfirm.com
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone:  212.784.6400
Facsimile:  212.213.5949

Christian Levis (*pro hac vice*)
clevis@lowey.com
Amanda Fiorilla (*pro hac vice*)
afiorilla@lowey.com
Rachel Kesten (*pro hac vice*)
rkesten@lowey.com
Yuanchen Lu (*pro hac vice*)
ylu@lowey.com
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone:  914.997.0500
Facsimile:  914.997.0035

*Attorneys for Plaintiffs and
the Proposed Classes*

Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Linnea D. Pittman (*pro hac vice*)
lpittman@lchb.com
Danna Elmasry (*pro hac vice*)
delmasry@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

Philip L. Fraietta (SBN 354768)
pfraietta@bursor.com
Max S. Roberts (*pro hac vice forthcoming*)
mroberts@bursor.com
Victoria X. Zhou (*pro hac vice forthcoming*)
vzhou@bursor.com
Joshua R. Wilner (SBN 353949)
jwilner@bursor.com
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone:  646.837.7150
Facsimile:  212.989.9163

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE THE TRADE DESK, INC. DATA PRIVACY LITIGATION | Case No.  3:25-cv-2889 (CRB) <br><br> **STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING PLAINTIFF TURNER PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Civil Local Rules 7-12 Plaintiffs Doug Michie, Justin Dyer, Jessica Ju, and Jennifer Turner ("Plaintiffs") and Defendant The Trade Desk, Inc. ("Trade Desk") (collectively, "the Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

WHEREAS Plaintiff Turner filed an action against Trade Desk, *Turner v. The Trade Desk Inc.*, No. 3:25-cv-3136, which was subsequently consolidated with this action. Dkt. 40.

WHEREAS Plaintiffs filed the Consolidated Class Action Complaint ("CCAC"), Dkt. 52, and, after motion practice, Trade Desk answered the CCAC, Dkt. 75.

WHEREAS since filing this action, Plaintiff Turner has suffered serious and ongoing medical issues that prevent her from carrying out her duties as a named plaintiff and proposed class representative.

WHEREAS as a result of these debilitating and ongoing medical issues, Plaintiff Turner no longer seeks to prosecute her claim against Trade Desk.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Plaintiff Turner voluntarily dismisses her individual claims without prejudice. This dismissal is only as to the individual claims of Plaintiff Jennifer Turner and does not affect the claims of any other Plaintiff or putative class members in this litigation.

STIPULATION AND [PROPOSED] ORDER DISMISSING
PLAINTIFF TURNER
CASE NO. 3:25-CV-2889 (CRB)

**PERKINS COIE LLP**

By: *Hayden M. Schottlaender*

Susan Fahringer, Bar No. 162978
Nicola Menaldo (pro hac vice)
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Telephone: 206-359-8687
Fax: 206-359-9000
Email: sfahringer@perkinscoie.com
Email: nmenaldo@perkinscoie.com

Hayden M. Schottlaender
PERKINS COIE LLP (pro hac vice)
500 N. Akard Street, Suite 3300
Dallas, TX  75201
Telephone: +1.214.965.7700
HSchottlaender@perkinscoie.com

Caroline Sundermeyer, Bar No. 353219
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650-838-4300
Fax: 650-838-4350
Email: CSundermeyer@perkinscoie.com

*Attorneys for Defendant The Trade Desk, Inc.*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: *David T. Rudolph*

Michael W. Sobol (SBN 194857)
David T. Rudolph (SBN233457)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
Fax: (415) 956-1008
Email: msobol@lchb.com
Email: drudolph@lchb.com

Linnea D. Pittman
Danna Z. Elmasry
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street
New York City, NY 10013
(212) 355-9500
Fax: (212) 355-9592
Email: lpittman@lchb.com
Email: delmasry@lchb.com

Jay Barnes (*pro hac vice*)
Eric Johnson (*pro hac vice*)
An Truong (*pro hac vice*)
Sona R. Shah (*pro hac vice*)
**SIMMONS HANLY CONROY, LLP**
112 Madison Avenue, Ste 7th Floor
New York, NY 10016
800-479-9533
Fax: 618-259-2251
Email: jaybarnes@simmonsfirm.com
Email: ejohnson@simmonsfirm.com
Email: atruong@simmonsfirm.com
Email: sshah@simmonsfirm.com

Christian Levis (pro hac vice)
clevis@lowey.com
Amanda Fiorilla (pro hac vice)
afiorilla@lowey.com
Rachel Kesten (pro hac vice)
rkesten@lowey.com
Yuanchen Lu (pro hac vice)
ylu@lowey.com
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone:  914.997.0500

Facsimile:  914.997.0035

Philip L. Fraietta (SBN 354768)
pfraietta@bursor.com
Max S. Roberts (SBN 363482)
mroberts@bursor.com
Victoria X. Zhou (pro hac vice)
vzhou@bursor.com
Joshua R. Wilner (SBN 353949)
jwilner@bursor.com
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone:  646.837.7150
Facsimile:  212.989.9163

*Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER DISMISSING
PLAINTIFF TURNER
CASE NO. 3:25-CV-2889 (CRB)

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.


Dated: March 16, 2026             /s/ *David Rudolph*
                                  David Rudolph
                                  **LIEFF CABRASER HEIMANN &**
                                  **BERNSTEIN, LLP**


**[PROPOSED] ORDER**


PURSUANT TO STIPULATION, IT IS SO ORDERED


Dated:  March 17, 2026

                                  Hon. Charles R. Breyer
                                  UNITED STATES DISTRICT JUDGE

- 4 -