UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE THE TRADE DESK, INC. DATA PRIVACY LITIGATION

Case No. 3:25-cv-2889-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Anna J. Freymann_____, an active member in good standing of the bar of the New York Court of Appeals_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs Doug Michie et al._____ in the above-entitled action. My local co-counsel in this case is Michael W. Sobol_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 194857_____.

250 Hudson Street, 8th Floor
New York, New York 10013-1413
MY ADDRESS OF RECORD

275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 355-9500
MY TELEPHONE # OF RECORD

(415) 956-1000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

afreymann@lchb.com
MY EMAIL ADDRESS OF RECORD

msobol@lchb.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5863717_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2026          Anna J. Freymann
                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Anna J. Freymann__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 4, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                              2